THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES H. LEWIS, JR.**                                                    **PLAINTIFF**

v.                  Case No. 4:19-cv-00470-KGB

**MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.,** as Nominee for American Home
Mortgage, Its Successors and Assigns, and **FRANKLIN
CREDIT MANAGEMENT CORPORATION**            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Charles H. Lewis, Jr.'s, complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 20th day of March, 2020.

_____
Kristine G. Baker
United States District Judge